**No. P68/146.**—General Electric Co., Inc., and Globe Shipping Co., Inc., et al. *v.* United States, protests 65/25717, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of X-ray apparatus similar in all material respects to those the subject of *Tice & Lynch, Inc.* v. *United States* (57 Cust. Ct. 516, C.D. 2862), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MARCH 13, 1968

**No. P68/147.**—Haruta & Co., Inc. *v.* United States, protest 66/79905 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foreging protest consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. P68/148.**—New York Merchandise Co., Inc. *v.* United States, protests 63/6991 and 63/15952 (Portland, Oreg.).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foreging protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 18, 1968

**No. P68/149.**—Allied Western Dist., Inc., and H. B. Thomas *v.* United States, protest 64/12861 (San Francisco).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric swizzle stick mixers similar in all material respects to those the subject of *Bloomfield Industries, Inc.* v. *United States* (54 Cust. Ct. 287, Abstract 68974), the claim of the plaintiffs was sustained.